UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEUNGJAE SEONG, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNLOCK PARTNERSHIP SOLUTIONS INC., a Delaware corporation,<br><br>Defendant. | No. 2:26-cv-01023<br><br>**VERIFICATION OF STATE COURT RECORDS AND PROCEEDINGS (LCR 101)** |

I am counsel for Defendant Unlock Partnership Solutions Inc. I verify, under LCR 101, that the documents attached as **Exhibit A** are true and complete copies of all pleadings and other papers filed in the King County Superior Court action (Case No. 26-2-04910-6).

DATED this 25th day of March, 2026.

DAVIS WRIGHT TREMAINE LLP

By *s/ Fred B. Burnside*
Fred B. Burnside, WSBA #32491
Xiang Li, WSBA #52306
Alec Zatirka, WSBA #63873
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
fredburnside@dwt.com
xiangli@dwt.com
aleczatirka@dwt.com

***Attorneys for Defendant***
***Unlock Partnership Solutions Inc.***

## CERTIFICATE OF SERVICE

On March 25, 2026, I served a copy of the foregoing document on all counsel of record in the manner indicated:

***Attorneys for Plaintiffs***

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103
206.816.6603 (Tel)
Beth E. Terrell, WSBA #26759
bterrell@terrellmarshall.com
Blythe H. Chandler, WSBA #43387
bchandler@terrellmarshall.com
Elizabeth A. Adams, WSBA #49175
eadams@terrellmarshall.com
Eleanor Eagan, WSBA #64463
bchandler@terrellmarshall.com

☐ Messenger
☐ U.S. Mail, postage prepaid
☐ Federal Express
☐ Fax
☒ EMAIL

**CASCADE LAW PLLC**
2707 Colby Avenue, Suite 1420
Everett, Washington 98201
425.998.8999 (tel)
Umar I. Gebril, WSBA #58227
umar@cascade.law

☐ Messenger
☐ U.S. Mail, postage prepaid
☐ Federal Express
☐ Fax
☒ EMAIL

**GUPTA WESSLER PLLC**
2001 K Street NW, Suite 850 North
Washington, DC 20006
202.888.1741 (Tel)
Thomas Scott-Railton, *PHV forthcoming*
thomas@guptawessler.com

☐ Messenger
☐ U.S. Mail, postage prepaid
☐ Federal Express
☐ Fax
☒ EMAIL

Executed March 25th, 2026, at Seattle, Washington.

*s/ Fred B. Burnside*
Fred B. Burnside, WSBA #32491



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax