UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SEUNGJAE SEONG, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

UNLOCK PARTNERSHIP SOLUTIONS INC., a Delaware corporation,

Defendant.

No. 2:26-cv-01023

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Defendant Unlock Partnership Solutions Inc. ("Unlock") states that there is no parent, shareholder, member, or partner to identify as required by LCR 7.1(a)(1).  In accordance with Federal Rule of Civil Procedure 7.1(a)(2) and LCR 7.1(b), Unlock further states that it is incorporated in Delaware and has its principal place of business in Arizona.


DATED this 25th day of March, 2026.

DAVIS WRIGHT TREMAINE LLP


By *s/ Fred B. Burnside*
Fred B. Burnside, WSBA #32491
Xiang Li, WSBA #52306
Alec Zatirka, WSBA #63873
920 Fifth Avenue. Suite 3300
Seattle, WA 98104-1610
Tel: 206.622.3150
fredburnside@dwt.com
xiangli@dwt.com
aleczatirka@dwt.com

***Attorneys for Defendant***
***Unlock Partnership Solutions Inc.***

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT - 1

## **CERTIFICATE OF SERVICE**

On March 25, 2026, I served a copy of the foregoing document on all counsel of record in the manner indicated:

*Attorneys for Plaintiffs*

| | |
|---|---|
| **TERRELL MARSHALL LAW GROUP PLLC**<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103<br>206.816.6603 (Tel)<br>Beth E. Terrell, WSBA #26759<br>bterrell@terrellmarshall.com<br>Blythe H. Chandler, WSBA #43387<br>bchandler@terrellmarshall.com<br>Elizabeth A. Adams, WSBA #49175<br>eadams@terrellmarshall.com<br>Eleanor Eagan, WSBA #64463<br>bchandler@terrellmarshall.com | ☐ Messenger<br>☐ U.S. Mail, postage prepaid<br>☐ Federal Express<br>☐ Fax<br>☒ EMAIL |
| **CASCADE LAW PLLC**<br>2707 Colby Avenue, Suite 1420<br>Everett, Washington 98201<br>425.998.8999 (tel)<br>Umar I. Gebril, WSBA #58227<br>umar@cascade.law | ☐ Messenger<br>☐ U.S. Mail, postage prepaid<br>☐ Federal Express<br>☐ Fax<br>☒ EMAIL |
| **GUPTA WESSLER PLLC**<br>2001 K Street NW, Suite 850 North<br>Washington, DC 20006<br>202.888.1741 (Tel)<br>Thomas Scott-Railton, *PHV forthcoming*<br>thomas@guptawessler.com | ☐ Messenger<br>☐ U.S. Mail, postage prepaid<br>☐ Federal Express<br>☐ Fax<br>☒ EMAIL |

Executed March 25th, 2026, at Seattle, Washington.

*s/ Fred B. Burnside*
Fred B. Burnside, WSBA #32491

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT - 2