The Honorable James L. Robart

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SEUNGJAE SEONG, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

UNLOCK PARTNERSHIP SOLUTIONS INC., a Delaware corporation,

Defendant.

No. 2:26-cv-01023-JLR

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT

NOTE ON MOTION CALENDAR: March 30, 2026

Plaintiff Seungjae Seong ("Plaintiff") and Defendant Unlock Partnership Solutions Inc. ("Unlock") stipulate under Local Civil Rule 10(g) and agree as follows:

1.      On February 5, 2026, Plaintiff filed his Complaint in the Superior Court for King County, Case No. 26-2-04910-6.  Dkt. 1-1.

2.      Plaintiff served the Summons and Complaint on Unlock on February 24, 2026.

3.      On March 25, 2026, Unlock removed the action to this Court.  Dkt. 1.

4.      Absent an extension, Unlock's deadline to respond to the Complaint is April 1, 2026.  *See* Fed. R. Civ. P. 81(c)(2)(C).

5.      Defendant expects to move to compel arbitration of this dispute.

STIP. MOTION TO EXTEND
TIME TO RESPOND TO COMPLAINT – 1
(No. 2:26-cv-01023-JLR)

6.    To allow time for counsel to investigate the allegations of the Complaint, the Parties agree and stipulate (subject to Court approval) to extend the deadline for Unlock to respond to the Complaint up to, and including, April 17, 2026.

7.    The Parties also agree and stipulate (subject to Court approval) that Plaintiff shall have up to and including May 18, 2026, to file any opposition that might be required.

8.    The Parties also agree and stipulate (subject to Court approval) that Unlock shall have up to and including June 8, 2026, to file any reply to Plaintiff's opposition.

9.    The Parties agree that good cause exists under Federal Rule of Civil Procedure 6(b) to extend the Parties' deadlines.  This is a putative class action, and counsel requests additional time to investigate the allegations in the Complaint before filing any motion that may be dispositive of the Complaint in whole or part or that may affect the venue for this matter. Further, counsels' scheduling conflicts pose issues with the current response deadline and associated briefing schedule.

10.    The Parties have not sought or obtained any prior extensions in this matter.

SO STIPULATED this 30th day of March, 2026.

TERRELL MARSHALL LAW GROUP PLLC

By: *s/ Blythe H. Chandler*
    Beth E. Terrell, WSBA #26759
    Blythe H. Chandler, WSBA #43387
    Elizabeth A. Adams, WSBA #49175
    Eleanor Eagan, WSBA #64463
    936 North 34th Street, Suite 300
    Seattle, Washington 98103
    Telephone: 206-816-6603
    Email: bterrell@terrellmarshall.com
        bchandler@terrellmarshall.com
        eadams@terrellmarshall.com
        eeagan@terrellmarshall.com

DAVIS WRIGHT TREMAINE LLP

By: *s/ Fred B. Burnside*
    Fred B. Burnside, WSBA #32491
    Xiang Li, WSBA #52306
    Alec Zatirka, WSBA #63873
    920 Fifth Avenue, Suite 3300
    Seattle, WA 98104
    Telephone: 206-622-3150
    Email: fredburnside@dwt.com
        xiangli@dwt.com
        aleczatirka@dwt.com

***Attorneys for Defendant Unlock Partnership Solutions Inc.***

STIP. MOTION TO EXTEND
TIME TO RESPOND TO COMPLAINT – 2
(No. 2:26-cv-01023-JLR)

CASCADE LAW PLLC
Umar I. Gebril, WSBA #58227
2707 Colby Avenue, Suite 1420
Everett, Washington 98201
Telephone: 425-998-8999
Email: umar@cascade.law

GUPTA WESSLER PLLC
Thomas Scott-Railton, *PHV forthcoming*
2001 K Street NW, Suite 850 North
Washington, DC 20006
Telephone: 202-888-1741)
Email: thomas@guptawessler.com

***Attorneys for Plaintiff Seungjae Seong***

STIP. MOTION TO EXTEND
TIME TO RESPOND TO COMPLAINT – 3
(No. 2:26-cv-01023-JLR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

**[PROPOSED] ORDER**

For good cause shown, the Court GRANTS the Parties' stipulated motion and extends the time for Unlock Partnership Solutions Inc. ("Unlock") to respond to the Complaint through and including April 17, 2026.  Plaintiff shall have up to and including May 18, 2026, to file any opposition that might be required, and Unlock shall have up to and including June 8, 2026, to file any reply to Plaintiff's opposition.

IT IS SO ORDERED this 31st day of March, 2026.

Honorable James L. Robart
UNITED STATES DISTRICT JUDGE

STIP. MOTION TO EXTEND
TIME TO RESPOND TO COMPLAINT – 4
(No. 2:26-cv-01023-JLR)