UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SEUNGJAE SEONG, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNLOCK PARTNERSHIP SOLUTIONS INC., a Delaware corporation,<br><br>Defendant. | NO. 2:26-cv-01023-JLR<br><br>**STIPULATED MOTION TO AMEND BRIEFING SCHEDULE AND [PROPOSED] ORDER; NOTICE OF MOTION RE-NOTED**<br><br>**NOTED FOR CONSIDERATION: APRIL 27, 2026** |

## I.     STIPULATION

Plaintiff Seungjae Seong ("Plaintiff") and Defendant Unlock Partnership Solutions Inc. ("Defendant") stipulate under Local Civil Rule 10(g) and agree as follows:

1.      On March 31, 2026, the Court granted the Parties' stipulated motion to extend the time for Defendant to respond to Plaintiff's complaint until April 17, 2026 (Dkt. No. 7).

2.      The Court's order also adopted the Parties' proposed briefing schedule for Defendant's forthcoming Motion to Compel Arbitration, making the deadline for Plaintiff to file a response until May 18, 2026, and for Defendant to file any reply until June 8, 2026.

3.      Defendant filed its Motion to Compel Arbitration on April 17, 2026 (Dkt. No. 11).

4.      Since the Parties agreed to the original briefing schedule, Plaintiff's counsel has had a number of other deadlines set in other matters that conflict with the current due date for Plaintiff's response to the Motion to Compel Arbitration.

STIPULATED MOTION TO AMEND BRIEFING SCHEDULE AND [PROPOSED] ORDER; NOTICE OF MOTION RE-NOTED - 1
Case No. 2:26-cv-01023-JLR

5. To allow time Plaintiff's counsel sufficient time to respond to the arguments made in the motion while also meeting deadlines in other matters, the Parties agree and stipulate to the followed proposed schedule:

| | Current Date | Proposed Date |
|---|---|---|
| Noting Date for Defendant's Motion to Compel Arbitration | June 8, 2026 | June 26, 2026 |
| Deadline for Plaintiff's Response in Opposition to Defendant's Motion to Compel Arbitration | May 18, 2026 | June 1, 2026 |
| Deadline for Defendant's Reply in Support of Defendant's Motion to Compel Arbitration | June 8, 2026 | June 26, 2026 |

6. The Parties agree that good cause exists under Federal Rule of Civil Procedure 6(b) to extend the Parties' deadlines. The current deadlines conflict with Plaintiff's counsel's prior commitments.

7. Accordingly, Defendant re-notes it Motion to Compel Arbitration for consideration on June 26, 2026. The Parties respectfully request that the Court approve their amended proposed briefing schedule.

STIPULATED TO AND DATED this 27th day of April, 2026.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Blythe H. Chandler, WSBA #43387
Beth E. Terrell, WSBA #26759
Email: bterrell@terrellmarshall.com
Blythe H. Chandler, WSBA #43387
Email: bchandler@terrellmarshall.com
Elizabeth A. Adams, WSBA #49175
Email: eadams@terrellmarshall.com
Eleanor Eagan, WSBA #64463
Email: eeagan@terrellmarshall.com
1700 Westlake Avenue North, Suite 300
Seattle, Washington 98109
Telephone: (206) 816-6603

DAVIS WRIGHT TREMAINE LLP

By: /s/ Fred B. Burnside, WSBA #32491
Fred B. Burnside, WSBA #32491
Email: fredburnside@dwt.com
Xiang Li, WSBA #52306
Email: xiangli@dwt.com
Alec Zatirka, WSBA #63873
Email: aleczatirka@dwt.com
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Telephone: (206) 622-3150

Umar I. Gebril, WSBA #58227
Email: umar@cascade.law
CASCADE LAW PLLC
2707 Colby Avenue, Suite 1420
Everett, Washington 98201
Telephone: (425) 998-8999

Thomas Scott-Railton, *Admitted Pro Hac Vice*
Email: thomas@guptawessler.com
GUPTA WESSLER LLPC
2001 K Street NW, Suite 850 North
Washington, DC 20006
Telephone: (202) 888-1741

*Attorneys for Plaintiff and the Proposed Class*

Matthew S. Sheldon, *Admitted Pro Hac Vice*
Email: msheldon@goodwinlaw.com
GOODWIN PROCTER LLP
1900 N Street, N.W.
Washington, DC 20036
Telephone: (202) 346-4000

*Attorneys for Defendant*

STIPULATED MOTION TO AMEND BRIEFING SCHEDULE AND
[PROPOSED] ORDER; NOTICE OF MOTION RE-NOTED - 3
Case No. 2:26-cv-01023-JLR

## ORDER

For good cause shown, the Court GRANTS the Parties' stipulated motion. The noting date for Defendant's Motion to Compel Arbitration shall be June 26, 2026. Plaintiffs shall have up to and including June 1, 2026, to file their response, and Defendant shall have up to an including June 26, 2026, to file their reply.

IT IS SO ORDERED.

DATED: __April 28, 2026__

_____
THE HONORABLE JAMES L. ROBART

**TERRELL MARSHALL LAW GROUP PLLC**
1700 Westlake Avenue North, Suite 300
Seattle, Washington 98109
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com