THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

SEUNGJAE SEONG, individually and on behalf of all others similarly situated,

Plaintiff,

v.

UNLOCK PARTNERSHIP SOLUTIONS INC., a Delaware corporation,

Defendant.

NO. 2:26-cv-01023-JLR

**NOTICE OF WITHDRAWAL OF COUNSEL**

**CLERK'S ACTION REQUIRED**

TO THE CLERK OF COURT:

PLEASE TAKE NOTICE that Elizabeth A. Adams of Terrell Marshall Law Group PLLC hereby withdraws as counsel for Plaintiff in this action. Plaintiff remains represented by Beth E. Terrell, Blythe H. Chandler and Eleanor Eagan of Terrell Marshall Law Group PLLC, Umar I. Gebril of Cascade Law PLLC and Thomas Scott-Railton of Gupta Wessler LLPC. Copies of all future papers and pleadings shall continue to be served upon the remaining attorneys of record for Plaintiff.

//

//

//

//

NOTICE OF WITHDRAWAL OF COUNSEL - 1
Case No. 2:26-cv-01023-JLR

**TERRELL MARSHALL LAW GROUP PLLC**
1700 Westlake Avenue North, Suite 300
Seattle, Washington 98109
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

RESPECTFULLY SUBMITTED AND DATED this 13th day of May, 2026.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Elizabeth A. Adams, WSBA #49175
Elizabeth A. Adams, WSBA #49175
Email: eadams@terrellmarshall.com
1700 Westlake Avenue North, Suite 300
Seattle, Washington 98109
Telephone: (206) 816-6603

*Withdrawing Attorney*

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Blythe H. Chandler, WSBA #43387
Beth E. Terrell, WSBA #26759
Email: bterrell@terrellmarshall.com
Blythe H. Chandler, WSBA #43387
Email: bchandler@terrellmarshall.com
Eleanor Eagan, WSBA #64463
Email: eeagan@terrellmarshall.com
1700 Westlake Avenue North, Suite 300
Seattle, Washington 98109
Telephone: (206) 816-6603

Umar I. Gebril, WSBA #58227
Email: umar@cascade.law
CASCADE LAW PLLC
2707 Colby Avenue, Suite 1420
Everett, Washington 98201
Telephone: (425) 998-8999

Thomas Scott-Railton, *Admitted Pro Hac Vice*
Email: thomas@guptawessler.com
GUPTA WESSLER LLPC
2001 K Street NW, Suite 850 North
Washington, DC 20006
Telephone: (202) 888-1741

*Attorneys for Plaintiff and the Proposed Class*

NOTICE OF WITHDRAWAL OF COUNSEL - 2
Case No. 2:26-cv-01023-JLR