THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEUNGJAE SEONG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNLOCK PARTNERSHIP SOLUTIONS INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:26-cv-01023-JLR<br><br>**[PROPOSED]ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION AND DENYING DEFENDANT'S MOTION TO COMPEL ARBITRATION** |

This matter came before the Court on a Motion for Reconsideration by Plaintiff Seungjae Seong. Having considered that Motion, the Court now rules as follows:

1. Plaintiff's Motion for Reconsideration is GRANTED;
2. Defendant's Motion to Compel Arbitration (Dkt. 11) is DENIED; and
3. The Court VACATES its prior Order granting Defendant's Motion to Compel Arbitration (Dkt. 24).

IT IS SO ORDERED this ________ day of ________, 2026.

______________________________
Honorable James L. Robart
United States District Judge
Western District of Washington

Presented by:

*/s/Thomas Scott-Railton*
Thomas Scott-Railton, *Admitted Pro Hac Vic*
Email: thomas@guptawessler.com
GUPTA WESSLER LLP
2001 K Street NW, Suite 850 North
Washington, DC 20006
Telephone: (202) 888-1741

Jennifer D. Bennett, *Admitted Pro Hac Vice*
Email: jennifer@guptawessler.com
GUPTA WESSLER LLP
235 Montgomery Street, Suite 629
San Francisco, California 94104
Telephone: (415) 573-0336

TERRELL MARSHALL LAW GROUP PLLC

*/s/ Blythe H. Chandler*
Beth E. Terrell, WSBA #26759
Email: bterrell@terrellmarshall.com
Blythe H. Chandler, WSBA #43387
Email: bchandler@terrellmarshall.com
Eleanor Eagan, WSBA #64463
Email: eeagan@terrellmarshall.com
1700 Westlake Avenue North, Suite 300
Seattle, Washington 98109
Telephone: (206) 816-6603

Umar I. Gebril, WSBA #58227
Email: umar@cascade.law
CASCADE LAW PLLC
2707 Colby Avenue, Suite 1420
Everett, Washington 98201